AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>Ralph Kahler<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. |

U.S. MARSHAL-DC
RECEIVED JUL 3 '23 PM 2:00

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Ralph Kahler__ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __07/03/2023__

2023.07.03 13:03:25 -04'00'
*Judicial officer's signature*

City and state: __Washington, D.C.__   __Zia M. Faruqui, U.S. Magistrate Judge__
*Printed name and title*

### Return

This warrant was received on *(date)* __7/03/2023__, and the person was arrested on *(date)* __7/6/2023__
at *(city and state)* __Great Falls VA__.

Date: __7/6/2023__

*Arresting officer's signature*

__Brett A. Knutson  DUSM  31113__
*Printed name and title*